UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| WILLIAM STEVEN GIBSON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 6: 05-73-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN NASH, Warden, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Respondent. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of Petitioner William Steven Gibson's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. In his petition, Gibson requests that the Court direct Warden Nash to transfer him to a halfway house to serve the remainder of his sentence. The Court will deny this request for two reasons. First, the Court is not inclined to second-guess the decision of prison officials regarding the placement of prisoners. Second, the Petitioner has not exhausted his administrative remedies with respect to the relief sought. Under the Sixth Circuit's recent holding in *Bey v. Johnson*, 407 F.3d 801, 806 (6th Cir. 2005), complete exhaustion of all claims asserted is required. Otherwise, dismissal without prejudice is mandated. *Id*. The cases cited by the Petitioner do not alter this analysis.

Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED**, without prejudice, and stricken from the Court's docket.

This 9th day of September, 2005.



Signed By:
*Danny C. Reeves* DCR
United States District Judge